UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA BLAND,<br><br>        Plaintiff,<br><br>        v.<br><br>DISTRICT ATTORNEY'S OFFICE OF THE COUNTY OF LASSEN, *et al.*,<br><br>        Defendants. | No. 1:20-cv-00296-DAD-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE WITH PREJUDICE<br><br>(Doc. No. 3) |

Plaintiff Joshua Bland is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 23, 2020, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's complaint be dismissed as frivolous, malicious, and stating no claims upon which relief may be granted. (Doc. No. 3.) On June 17, 2020, plaintiff filed timely objections. (Doc. No. 6.) The next day, plaintiff filed an additional attachment. (Doc. No. 7.) In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Those objections and attachment provide no basis upon which to question the conclusion reached by the pending findings and recommendations. Having carefully

/////

reviewed the entire file, the court concludes the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued March 23, 2020 (Doc. No. 3) are adopted in full;
2. This action is dismissed with prejudice;
3. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is denied as moot; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**July 1, 2020**__

_____
UNITED STATES DISTRICT JUDGE